# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2761
Lower Tribunal No. 2022-CC-022457

_____

LYDIA BRYANT BEY,

Appellant,

v.

THE HOUSING AUTHORITY OF THE CITY OF WINTER PARK d/b/a
TUSCANY AT ALOMA APARTMENTS,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew L. Cameron, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and BROWNLEE, JJ., concur.


Lydia Bryant Bey, Lake Alfred, pro se.

Ryan G. Knight and Patrick Brackins, of Shepard, Smith, Hand & Brackins, P.A.,
Maitland, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED